**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1000

**By ECF**                                                        July 16, 2026

The Honorable Andrew L. Carter
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007

        **Re:**    **United States v. Eddie Dume,**
                    **26 Cr. 97-3 (ALC)**

Dear Judge Carter:

       We are counsel to defendant Eddie Dume, a 26 year old who is alleged to have conspired with his severely drug-addicted mother, defendant Elizabeth Peralta, to distribute narcotics.[1] We respectfully write to inform the Court that we have identified a proposed residence for Mr. Dume that has been approved by Pretrial Services, as necessary to satisfy the conditions for Mr. Dume's release set by the Honorable Sarah L. Cave, U.S.M.J., on March 18, 2026, and to request that the Court now order Mr. Dume's release pursuant to those conditions.

<strong>Background</strong>

       On March 18, 2026, Magistrate Judge Cave held a detention hearing and, over the Government's objections but with on recommendation of Pretrial Services, found that there is a combination of conditions that would reasonably assure the appearance of Mr. Dume and the safety of the community, pursuant to 18, United States Code, Sections 3142(f) and (h). (Dkt. 14, attached as Exhibit A).  Judge Cave ordered Mr. Dume's release upon his own signature plus that of two financially responsible persons on a $75,000 personal recognizance bond and a report of Pretrial Services' home visit of proposed residence, with the following conditions to be met by April 1, 2026:  travel restricted to the Southern and Eastern Districts of New York; surrender of travel documents and no new applications; Pretrial supervision as directed by Pretrial Services; drug testing/treatment as directed by Pretrial Services; no use of controlled substances/narcotics unless prescribed by medical provider; Defendant not to contact co-defendants unless in presence of counsel; home detention; location monitoring technology as directed by Pretrial Services; Defendant to continue or seek employment; Defendant not to posses firearm/destructive device/other weapon. (Ex. A).  The residence proposed to Judge

---

[1] Mr. Dume is not charged with any gun-related conduct.

The Honorable Andrew L. Carter
July 16, 2026
Page 2

Cave was a Queens apartment in which Mr. Dume's pregnant significant other resides with multiple other people.  On March 26, 2026, Judge Cave issued the following order:

> At the initial presentment on March 18, 2026, the Court detailed a set of bail conditions on which Defendant Eddie Dume might be released from custody pending trial, one of which was a home assessment by Pretrial Services of the suitability of the residence at 90-22 176th Street, 3d Floor, Jamaica, New York (the "Residence"), at which Mr. Dume proposed to live during his release. After visiting the Residence, Pretrial Services provided the Court with a report, based on which the Court concluded that the Residence was not a suitable location at which Mr. Dume could live while on pretrial release. Therefore, the Court did not permit Mr. Dume to be released at this time. The Court did indicate, however, that Mr. Dume's counsel could explore alternative residences, and, if one became available, present it to Pretrial Services for another home assessment and renewal of that application for Mr. Dume's pretrial release. Accordingly, Mr. Dume remains DETAINED.

(Dkt. 24, attached as Exhibit B).

As invited by Judge Cave's March 26 Order, we have identified a proposed residence approved by Pretrial Services, and respectfully renew our application for Mr. Dume's release, subject to satisfaction of the other conditions set by Judge Cave.

### Proposed Residence Approved by Pretrial Services

The proposed residence is 3538 B Carlisle Place, Apt. 3, Bronx, NY 10467, an apartment leased by Mr. Dume's father, Eddy Dume, a law-abiding citizen who is gainfully employed in construction with a salary of $120,000 per year (the "Apartment").  Mr. Dume's father is committed to making sure that his son Eddie stays out of trouble while awaiting trial, including by helping Eddie to secure gainful employment.  On July 14, 2026, Pretrial Services Officer Taelor Nisbeth inspected and approved the Apartment.

We note that the Apartment was the scene of a search in this case at the time of Mr. Dume's and his mother's arrests, during which agents found a small amount of narcotics, which we understand to have belonged to Mr. Dume's mother, Elizabeth Peralta.  Mr. Dume's father and Ms. Peralta are separated, and, while she sometimes stayed at the Apartment pre-arrest and had a few belongings there, she is presently detained and would not in any event be permitted back into the Apartment.  We understand that Mr. Dume's father had made efforts to get Ms. Peralta help with her narcotics addiction, which may have developed after the death of her mother around 2018, but that there is otherwise no reason to think the Apartment is connected to narcotics.  Since the arrests in this case, Mr. Dume has thoroughly cleaned the Apartment.  As noted above, Pretrial Services has no concerns with Mr. Dume's release to the Apartment.

The Government has a standing objection to Mr. Dume's release.  In light of Pretrial Services' approval of the Apartment and the absence of changed circumstances since the detention hearing, *see United States v. Zhang*, 55 F.4th 141, 148 (2d Cir. 2022), we respectfully request that the Court order Mr. Dume released upon satisfaction of the co-signer requirement ordered by Magistrate Judge Cave.

The Honorable Andrew L. Carter
July 16, 2026
Page 3

Respectfully submitted,

COVINGTON & BURLING LLP
Amanda Kramer
Patrick McManus
Karla Colley

*Counsel for Eddie Dume*

cc:      All counsel of record (via ECF)