# EXHIBIT A

Duration: 55 mins

Proceeding via: ☐ Video Conf. ☐ Telephone Conf. ☑ In Person

DOCKET No. 26cr97 _____

DEFENDANT Eddie Dume _____

AUSA Georgia Kostopoulos _____

DEF.'S COUNSEL Amanda Kramer / Arlo Devlin-Brown _____

☐ RETAINED ☐ FEDERAL DEFENDERS ☑ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☑ Rule 9 ☐ Rule 5(c)(3) ☑ Detention Hrg.

DATE OF ARREST 3/18/2026 _____ ☐ VOL. SURR.

TIME OF ARREST 6:14am _____ ☐ ON WRIT

☐ Other: _____

TIME OF PRESENTMENT 2:15pm _____

---

### BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE ☐ DETENTION: RISK OF FLIGHT/DANGER ☐ SEE TRANSCRIPT

☐ DETENTION HEARING SCHEDULED FOR: _____

☐ AGREED CONDITIONS OF RELEASE

☐ DEF. RELEASED ON OWN RECOGNIZANCE

☑ $75,000 _____ PRB ☑ 2 _____ FRP

☐ SECURED BY $_____ CASH/PROPERTY: _____

☑ TRAVEL RESTRICTED TO SDNY/EDNY/_____

☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES

☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☑ AS DIRECTED BY PRETRIAL SERVICES

☑ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS

☑ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION ☑ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING

☑ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS

☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☑ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM

☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET

☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: 2 FRP + Report by PTS of

home visit to Queens residence._____; REMAINING CONDITIONS TO BE MET BY: 4/1/2026

---

### ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

1. Def. not to contact co-defendants unless in presence of counsel.
2. Def. not to use controlled substances/narcotics unless prescribed by medical provider.
3. If Def. is released, Def. to participate in regular status conferences with Judge Cave, to be scheduled if released.

---

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY

☑ CONFERENCE BEFORE D.J. ON 3/31/26 12pm

☐ DEF. WAIVES INDICTMENT

☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 3/31/2026

For Rule 5(c)(3) Cases:

☐ IDENTITY HEARING WAIVED

☐ DEFENDANT TO BE REMOVED

☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ CONTROL DATE FOR REMOVAL: _____

---

PRELIMINARY HEARING DATE: _____

☐ ON DEFENDANT'S CONSENT

DATE: 3/18/2026 _____

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016