# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | |
| EDDIE DUME, | CASE NO.: 26 Crim. 97 (ALC) |
| Defendant. | **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

At the initial presentment on March 18, 2026, the Court detailed a set of bail conditions on which Defendant Eddie Dume might be released from custody pending trial, one of which was a home assessment by Pretrial Services of the suitability of the residence at 90-22 176th Street, 3d Floor, Jamaica, New York (the "Residence"), at which Mr. Dume proposed to live during his release. After visiting the Residence, Pretrial Services provided the Court with a report, based on which the Court concluded that the Residence was <u>not</u> a suitable location at which Mr. Dume could live while on pretrial release. Therefore, the Court did not permit Mr. Dume to be released at this time. The Court did indicate, however, that Mr. Dume's counsel could explore alternative residences, and, if one became available, present it to Pretrial Services for another home assessment and renewal of that application for Mr. Dume's pretrial release. Accordingly, Mr. Dume remains DETAINED.

Dated:      New York, New York
            March 26, 2026

                                    SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**