COVINGTON

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1000

**By ECF**

August 17, 2026

The Honorable Andrew L. Carter
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007

**Re: <u>United States v. Eddie Dume</u>,**
**26 Cr. 97-3 (ALC)**

Dear Judge Carter:

We are counsel to defendant Eddie Dume. On July 16, 2026, we filed a letter motion requesting that Mr. Dume be released according to the conditions set by the Honorable Sarah L. Cave, U.S.M.J., on March 18, 2026. One month later, on August 16, 2026, the Government responded to oppose Mr. Dume's release.

We respectfully request the Court's permission to file a brief reply to the Government's submission no later than this Friday, August 21.

Respectfully submitted,

COVINGTON & BURLING LLP
Amanda Kramer
Patrick McManus
Karla Colley

*Counsel for Eddie Dume*

cc: All counsel of record (via ECF)