COVINGTON

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1000

**By ECF** September 2, 2026

The Honorable Andrew L. Carter
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Eddie Dume**
**26 Cr. 97-3 (ALC)**

Dear Judge Carter:

We respectfully write on behalf of defendant Eddie Dume to update the Court on the satisfaction of all conditions for release as ordered by Magistrate Judge Cave. Since our letter filed on August 19, 2026, the co-signers for Mr. Dume's bond have been approved by the U.S. Attorney's Office, and they have both signed the bond.

With the bond signed and a residence approved by Pretrial Services, the conditions for Mr. Dume's release, as set forth in Magistrate Judge Cave's March 18, 2026 order at the detention hearing, have been satisfied. We respectfullly urge the Court to timely give effect to that order and direct Mr. Dume's release upon his execution of the bond.

Respectfully submitted,

COVINGTON & BURLING LLP
Amanda Kramer
Patrick McManus
Karla Colley

*CJA Counsel for Eddie Dume*

cc: All counsel of record (via ECF)