USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: ____________
DATE FILED: 9-3-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

EDDIE DUME,

Defendant.

26-CR-97 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Bond Hearing is set for **September 8, 2026**, at **2:00 p.m.**

SO ORDERED.

Dated: New York, New York
September 3, 2026

ANDREW L. CARTER, JR.
United States District Judge